# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

John W. Moore
P.O. Box 343
Madison, Wis.

Plaintiff

Wis. Dept. Of Administration, Secretary Of Administration
Hon. Mike Huebsch
Wis. Hist. Soc. Ref.
Richard L. Pifer

Appellee

Case Number: 11 C 0304
(Supplied by clerk)

2011 APR 26 PM 12:33

## COMPLAINT

A. JURISDICTION

1. _____ (Plaintiff), resides at

P.O. Box 343 (Address), at Madison, Wis. (City, State)

2. Defendant _____ (Name of First Defendant) is employed as

Reference (Position and Title, if any) at 816 State Street, City (Address)

3. Defendant _____ (Name of Second Defendant) is employed as

Secretary Of Administration (Position and Title, if any) at 101 East Wilson St, City Of Madison, Wis (Address)

(WDWI rev. 4/07) (Non-Prisoner Complaint)

B. CAUSE OF ACTION

On the space provided on the following pages, tell what specific incidents or conversations occurred which led you to believe your constitutional or federal rights have been or are presently being violated. IT IS IMPORTANT THAT THE ALLEGATIONS BE BRIEF, BUT SPECIFIC. Do not cite legal authorities, such as earlier court decisions or laws enacted by the legislature or Congress, to support your lawsuit at this early stage of your case.

Motion For A Federal Injunction Order

Para. #1, The Wis. Historical Society wire Taps its reference user without Court Orders at separate PC Monitors. The Wis. Historical Society issued a Fiding in violation of Chapter 227 Wis. Stat. and Title 44, 1905 thru 1911 U.S. Code March 30, 2011. On March 31st, 2011, The W.H.S. called Wis Capitol Police to enforce suspension of Soc. library privileges (cas. Dept no. 11-26-30). On Feb. 22 2011 Plaintiff prose notified Sec. Mike Huebsch. That Pifer and P. Gottlieb

had no administrative rules for administrative hearing at WHS. That the WHS denied Procedural due Process under 227 Wis. Stat, 101 Adm. Adm. R. P. Wis. Adm. Code and Art. 6, U.S. Constitution: "..Constitution and Laws (Title 44, U.S Code) of the United State which shall be made in pursuance thereof...shall be the supreme Laws of the Land and the Judges in every state shall be bound thereby anything in the Constitution or Laws of any State to the contrary notwithstanding."

C. REQUEST FOR RELIEF

1. I __Do__ request that I be allowed to commence this action without
   (do, do not)
   prepayment of fees and costs, or security therefor, pursuant to 28 U.S.C. §1915. The attached affidavit of indigency has been completed and is submitted in support of this request for leave to proceed in forma pauperis.

2. In the following space, please indicate exactly what it is you wish this court to do.

See AFSCME Local 2477 vs. Billington Vol. 740 F.Supp. p.1 [6] [7-8] Plaintiff seeks a Federal Injunction Order to stop unstatutory suspension of Library privileges.

See attached documents! That Court cost be assessed to the Appellee

Dated this __20TH__ day of __April__, 20__11__.

__John W. Moore__
(Signature)

__P.O. Box 343__
(Street or PO Box)

__Madison, Wisconsin 53701__
(City, State Zip Code)

Proof OF Service Upon: Wis. Atty. General Hollen, Clerk OF Cts.

(WDWI rev. 4/07)                                                    (Non-Prisoner Complaint)