State OF Wis. Dept.
OF Administration
Sec. Mike Huebsch



Received

FEB 22 2011
3:18
Secretary's Office
Dept. of Administration

The Wis. Historical
Society Peter Gott-
Lieb has issued a He-
aring summons in

Reference Dept. rel-
ated to recreation-
al use of Computer
in violation of the
Revisor of the Stat-
ute Law From which
Gottlieb issued a Adm.

ruling in violation
of Procedural Due
Process of Chapter
227, Wis. Stat. they
did not use Adm. R.
Adm P. They presu-
me violation.

UWS Regents have
assumed unlawful
jurisdiction of entry
area of Memorial
Library. UWS has
no Classrooms or la-
boratorys there.

1.

Their entry requirement violates
Dept. of Adm. R. UWS
Police require UWS
ID and UW'S R. Adm.
P. Since the Revisor
of Statutes has no

Dept. of Adm. ID For
temporary use of
Memorial Library
issuance or DPI, div.
OF Library and Learning ID. You must
stop UWS From blocking the entry or be

King the entry or be
sued under Title
44, 1905 Thru 1911, U.S.
Code
   February 14, 2011

_John W. Moore_                    P D Box 343
                                   Madison, Wis
John W Moore

2.