To: The State Of
Wisconsin Of-
Fice Of The Sec-
retary Of Admin-
istration

Your employees at Me-
morial Library - Wendt Hall
and Reference Dept. at
the Wis. Historical Society
are violating your adm.
Computer rules applying
rules in violation of rule-
making authority and Adm-
inistrative Procedure un-
der Chapter 227, Wis. Stat.!
Employees also cause UWS
Regent summons and hear-
ing in violation of Chapter
227. Dept. Of Adm. DPI, and
UWS Regents are separate
State Departments with no
interdepartmental Links.
I, John W. Moore P.O. Box 343
Madison, Wis. request that
you order them to cease
harassment when I appear
to study

Respectfully

July 10, 2010

John W. Moore

John W. Moore