

Headquarters Building
816 State Street
Madison, WI 53706-1482
608-264-6400

Division of Library-Archives
Office: 608-264-6535
Fax: 608-264-6486
Web: www.wisconsinhistory

December 17, 2007

John W. Moore
P.O. Box 343
Madison, Wisconsin 53701

Dear Mr. Moore:

This letter is to inform you that your library privileges at the Wisconsin Historical Society are being suspended for a period of one year effective immediately. This means that you are not allowed to enter the Historical Society building for the period of one year and then only upon formal re-admittance.

This suspension does not violate the open access requirement of the depository program. Should you need resources from the depository collection, we can make accommodations to provide you with specific depository materials upon your written request.

This action is being taken because of repeated reports of you using library computer workstations for purposes other than research, including the viewing of videos of women in various stages of undress. During the week of November 4, two different staff members informed you at different times that your computer use behavior was inappropriate and violated posted guidelines. On December 3, a staff member witnessed you watching a video that included a bare-breasted woman, and informed you that this was an inappropriate use of the computer equipment. On December 4, another staff member observed you watching a video again, and similarly informed you that this was inappropriate. On December 7, you were observed watching videos of women clad in black vinyl. On December 12, you were observed viewing a video of a scantily clad woman writhing on the floor, and were informed again that this behavior was an inappropriate use of the computer equipment. Your activities are clearly recreational in nature and violate the posted policies of the Historical Society.

Based on these incidents, and others reported to me earlier in the year, you are being banned from the WHS building and the use of WHS Library-Archives services for a period of one year effective immediately. In order to gain readmittance after one year, you will need to submit a letter to me requesting reinstatement. In that letter, I will be looking for evidence as to why you should be allowed back into the WHS building and what assurances you can provide that would indicate a change in behavior.

We request your cooperation with this ban. If you continue to visit the WHS building, you will be asked to leave by WHS staff or security personnel and you may be arrested by Wisconsin Capitol Police for trespassing (Wis. Stat. 943.13(1m)(b)).

Sincerely,

Richard L. Pifer

Richard L. Pifer
Director, Reference and Public Services

Cc: Peter Gottlieb, Director, Library-Archives Division
Robert Thomasgard, Associate Director, WHS
Sgt. Scott Merdler, Wisconsin Capitol Police
Det. Peter Grimyser, University of Wisconsin Police




WISCONSIN HISTORICAL SOCIETY

March 30, 2011

John Moore
P.O. Box 343
Madison, WI 53701

Dear Mr. Moore:

On March 28 you were in the Historical Society Library Reading Room in violation of the suspension of your library privileges dated December 17, 2007. The letter of suspension clearly spelled out the steps necessary to seek readmission to the Library.

I spoke with you in an attempt to deliver a copy of the December 17 letter and to explain the steps necessary to seek readmission. You refused to discuss anything with me or to accept the letter. As a consequence, I am using this letter as a means of reminding you of the steps you must take to seek readmission.

As state in the letter of December 17, 2007, to seek readmission you must "submit a letter to me requesting reinstatement. In that letter, I will be looking for evidence as to why you should be allowed back into the WHS building and what assurances you can provide that would indicate a change in behavior."

We request your cooperation with this suspension of your library privileges until such time as you have been formally readmitted to the Historical Society. If you continue to visit the WHS building, you will be asked to leave by WHS staff or security personnel and you may be arrested by Wisconsin Capitol Police for trespassing (Wis. Stat. 943.13(1m)(b)).

Sincerely,

Richard L. Pifer

Richard L. Pifer
Director, Reference and Public Services

C: Greg Parkinson, Director, Administrative Services
Sgt. Scott Merdler, Wisconsin Capitol Police
Det. Peter Grimyser, University of Wisconsin Police