

WISCONSIN
HISTORICAL
SOCIETY

March 30, 2011

John Moore
P.O. Box 343
Madison, WI 53701

Dear Mr. Moore:

On March 28 you were in the Historical Society Library Reading Room in violation of the suspension of your library privileges dated December 17, 2007. The letter of suspension clearly spelled out the steps necessary to seek readmission to the Library.

I spoke with you in an attempt to deliver a copy of the December 17 letter and to explain the steps necessary to seek readmission. You refused to discuss anything with me or to accept the letter. As a consequence, I am using this letter as a means of reminding you of the steps you must take to seek readmission.

As state in the letter of December 17, 2007, to seek readmission you must "submit a letter to me requesting reinstatement. In that letter, I will be looking for evidence as to why you should be allowed back into the WHS building and what assurances you can provide that would indicate a change in behavior."

We request your cooperation with this suspension of your library privileges until such time as you have been formally readmitted to the Historical Society. If you continue to visit the WHS building, you will be asked to leave by WHS staff or security personnel and you may be arrested by Wisconsin Capitol Police for trespassing (Wis. Stat. 943.13(1m)(b)).

Sincerely,

Richard L. Pifer

Richard L. Pifer
Director, Reference and Public Services

    C: Greg Parkinson, Director, Administrative Services
       Sgt. Scott Merdler, Wisconsin Capitol Police
       Det. Peter Grimyser, University of Wisconsin Police