# On The United States District Court For The Western District OF Wisconsin

John W. Moore
P.O.Box 343
Madison, Wis.

Plaintiff

Docket    11 C 0304

2011 APR 26 PM 12:33

Wis. Dept. OF Administration. Secretary OF Administration
Hon. Mike Huebsch
Wis. Hist. Soc. Ref.
Richard L. Pifer

Appellee

## Proof OF Service

This is to notify the Court that all Partys have been served. The mode of service is by U.S. Postal Service

John W. Moore

Proof OF Service
Upon: Wis. Atty.
General Hollen,
Clerk OF Cts.

April 20, 2011

Petitioner John W. Moore