On The United States District Court For The Western District OF Wisconsin

Docket  11 C 0304

2011 APR 26 PM 2: 33

John W. Moore
P.O. Box 343
Madison, Wis.

Plaintiff

Wis. Dept. OF Administration, Secretary OF Administration Hon. Mike Huebsch
Wis. Hist. Soc. Ref.
Richard L. Pifer

Appellee

Motion For A Federal Injunction Order

Para. #1, The Wis. Historical Society wire Taps its reference user ———— without Court Orders at separate PC Monitors The Wis. Historical Society issued a Fiding in violation of Chapter 227 Wis. Stat.

1.

On The United States District Court For The Western District OF Wisconsin

and Title 44, 1905 thru 1911 U.S. Code March 30, 2011. On March 31st., 2011, The W.H.S. called Wis Capitol Police to enforce suspension of

Soc. library privileges (cas. Dept no. 11-26-30). On Feb. 22 2011 Plaintiff pro se notified Sec. Mike Huebsch. That Pifer and P. Gottlieb

had no administrative rules for administrative hearing at WHS. That the WHS denied Procedural due Process under 227 Wis.

Stat, 101 Adm. Adm. R. P. Wis Adm Code and Art. 6, U.S. Constitution: ".. Constitution and Laws (Title 44, U.S. Code) of the United State

2.

# On The United States District Court For The Western District Of Wisconsin

which shall be made in pursuance thereof... shall be the supreme Laws of the Land and the Judges in every state shall be bound thereby anything in the Constitution or Laws of any State to the contrary notwithstanding." See AFSCME Local 2477 vs. Billington Vol. 740 F.Supp. p.1 [6] [7-8] Plaintiff seeks a Federal Injunction Order to stop unstatutory suspension of Library privileges.

On The United States District Court Western District OF Wisconsin

See attached documents! That Court cost be assessed to the Appellee

April 20, 2011

Petitioner John W. Moore

Proof OF Service Upon: Wis. Atty. General Hollen, Clerk OF Cts.

State OF Wis. Dept. OF Administration Sec. Mike Huebsch

Received
FEB 22 2011
3:18
Secretary's Office
Dept. of Administration

The Wis. Historical Society Peter Gottlieb has issued a Hearing summons in Reference Dept. related to recreational use of Computer in violation of the Revisor of the Statute Law From which Gottlieb issued a Adm. ruling in violation of Procedural Due Process of Chapter 227, Wis. Stat. they did not use Adm. R. Adm.P. They presume violation.

UWS Regents have assumed unlawful jurisdiction of entry area of Memorial Library. UWS has no Classrooms or laboratorys there.

1.

Their entry requirement violates Dept. of Adm. R. UWS Police require UWS ID and UWS R. Adm. P. Since the Revisor of Statutes has no

Dept. of Adm. ID for temporary use of Memorial Library issuance or DPI, div. OF Library and Learning ID. You must stop UWS From blocking the entry or be sued under Title 44, 1905 Thru 1911, U.S. Code

February 14, 2011

*John W. Moore*

John W Moore

PO Box 343
Madison, Wis

2.

To: The State Of Wisconsin Office Of The Secretary Of Administration

Your employees at Memorial Library - Wendt Hall and Reference Dept. at the Wis. Historical Society are violating your adm. Computer rules applying rules in violation of rulemaking authority and Administrative Procedure under Chapter 227, Wis. Stat.! Employees also cause UWS Regent summons and hearing in violation of Chapter 227. Dept. Of Adm. DPI, and UWS Regents are separate State Departments with no interdepartmental Links. I, John W. Moore P.O. Box 343 Madison, Wis. request that you order them to cease harassment when I appear to study

Respectfully

July 10, 2010

*John W. Moore* (signature)

John W. Moore