IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN W. MOORE,

    Plaintiff,

v.

WISCONSIN DEPARTMENT OF
ADMINISTRATION,
HON. MIKE HUEBSCH, Secretary of
Administration,
WISCONSIN HISTORICAL SOCIETY
REFERENCE and RICHARD L. PIFER,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-304-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for failure to state a claim upon which relief may be granted.

By: *L. Jensen, Deputy Clerk*       5/19/11
Peter Oppeneer, Clerk of Court      Date