On The United States District Court For The Western District OF Wisconsin

John W. Moore
P.O. Box 343
Madison, Wis.

Docket 11 C 0304

Plaintiff

Wis. Dept. OF Administration, Secretary OF Administration Hon. Mike Huebsch
Wis. Hist. Soc. Ref. Richard L. Pifer

Appellee

## Memorandum OF Law

Para. #1, The Injunction request is not frivilous where Title 44, 1904 thru 1911 U.S. Code relates to Chapter 227 Wis. Stat. Whs rulemaking omission, Adm. 2.14, R. Adm. P and Chapter 16, 16.8511 Wis. Stat., Adm. 101 Wis. Administrative Code,—

1

On The United States District Court For The Western District OF Wisconsin

16, 16.8511, Wis. Stat., Chapter 227.11(2)(a), Wis. Stat..

May 23, 2011

Plaintiff *John W. Moore*

Proof OF Service Upon: Wis. Atty. General Hollen, Clerk OF Cts.

2