John W Moore
P.O. Box 343
Madison, Wis. 53701

United States District Court
Western District of Wisconsin
P.O. Box 591
Madison, Wisconsin 53701