IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOHN W. MOORE,

                                                                                                ORDER

                Plaintiff,

                                                                              11-cv-304-bbc

    v.

WISCONSIN DEPARTMENT OF ADMINISTRATION,
HON. MIKE HUEBSCH, Secretary of Administration,
WISCONSIN HISTORICAL SOCIETY REFERENCE
and RICHARD L. PIFER,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In an order dated May 18, 2011, I dismissed plaintiff John Moore's claim that defendants had violated his rights under federal and state law by barring him from entering the Wisconsin Historical Society building to use its computers or library. Now before the court is plaintiff's motion for reconsideration of the dismissal. Dkt. #8. In the motion, plaintiff contends that his case is not frivolous, citing Wisconsin's statute regarding the rule-making authority of an agency. Wis. Stat. § 227.11. Nothing about this statute affects my conclusion that plaintiff's complaint raises no federal claims. To the extent plaintiff is arguing that defendants' actions violated state law, I told plaintiff already that I would not

1

exercise supplemental jurisdiction over any state law claims he was asserting. Accordingly, I am denying plaintiff's motion for reconsideration.

ORDER

IT IS ORDERED that plaintiff John Moore's motion for reconsideration, dkt. #8, is DENIED.

Entered this 9th day of June, 2011.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

2